**Order entered January 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01443-CV

### ALAN BARON, Appellant

### V.

### H. JOSEPH ACOSTA, AND ACOSTA & ASSOCIATES, P.C., Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08404**

## ORDER

Before the Court is appellant's December 17, 2014, motion to abate appeal. The motion

is **DENIED**.

/s/      CRAIG STODDART
         JUSTICE